## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Barbara Reynolds

vs.  Civil No. 3:10CV1528 JBA

Town of Suffield
Michael Manzi, Joyce Feeney
Scott R. Lingenfelter
Donald Miner, Robert Brown
David Bourque

**JUDGMENT**

    This matter came on for consideration on defendants motion for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

    The Court has reviewed all of the papers filed in conjunction with the motion and on July 31, 2012, the Court entered a Ruling granting defendants motion for summary judgment.

    It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and the case is closed.

    Dated at New Haven, Connecticut: August 1, 2012

                                                           Roberta D. Tabora, CLERK

                                                           By_____/S/_____
                                                             Betty J. Torday
                                                             Deputy Clerk

EOD 8/1/12