

**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 17th day of September, two thousand and twelve,

_____

Barbara A. Reynolds,

Plaintiff - Appellant,

v.

Town of Suffield, A Connecticut municipality, Michael Manzi, Chief, Suffield Police Department, Town of Suffield, in his Official and Individual Capacities, Scott R. Lingenfelter, former First Selectman, Town of Suffield, in his Individual Capacity, Donald Miner, Chairman, Suffield Police Commission, Town of Suffield, in his Official and Individual, David Bourque, former Captain, Suffield Police Department, Town of Suffield, in his Individual Capacity, Robert Brown, Sergeant, Suffield Police Department, Town of Suffield, in his Official and Individual Capacities, Joyce Feeney, Human Resource Director, Town of Suffield, in her Official and Individual Capacities,

Defendants - Appellees.

**ORDER**
Docket Number: 12-3523

_____

A notice of appeal was filed on August 30, 2012. Appellant's Forms C & D were due September 13, 2012.. The case is deemed in default.

**MANDATE ISSUED ON 10/17/2012**

IT IS HEREBY ORDERED that the appeal will be dismissed effective October 1, 2012, if the forms are not filed by that date.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit